FILED
APR 11 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___EF___ DEPUTY

AUSA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         v.<br><br>Frank CABRERA-Raya,<br><br>                    Defendant. | Magistrate Case No. 08 MJ 8318<br><br>COMPLAINT FOR VIOLATION OF<br><br>21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

That on or about April 10, 2008, within the Southern District of California, Frank CABRERA-Raya did knowingly and intentionally import approximately 26.34 kilograms (57.94 pounds) of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Douglas Struckmeyer, Special Agent
U.S. Immigration & Customs
Enforcement

SWORN TO, BEFORE ME, AND SUBSCRIBED IN MY PRESENCE THIS 11TH DAY OF April, 2008.

_____
PETER C. LEWIS
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
      v.
Frank CABRERA-Raya

## STATEMENT OF FACTS

This complaint is based upon the personal observations, investigation and information provided to U. S. Immigration and Customs Enforcement Special Agent Douglas Struckmeyer.

On April 10, 2008, Frank CABRERA-Raya entered the United States at the Calexico, California, West Port of Entry. CABRERA was the driver, registered owner, and sole occupant of a 2004 Chevrolet Cavalier.

Customs and Border Protection Officer (CBPO) M. Aguilar conducted a primary inspection of CABRERA. CBPO Aguilar received a negative Customs declaration from CABRERA. During the primary inspection, CBPO Aguilar noticed that the vehicle was very clean and void of any personal belongings. He also observed that the glove compartment was empty and that the key ring containing the ignition key did not contain any additional keys. Based on his observations, CBPO Aguilar referred CABRERA to the secondary inspection area for further inspection.

CBPO P. Ash encountered CABRERA in the secondary inspection area. CBPO Ash also received a negative customs declaration from CABRERA. During the secondary inspection, CBPO Ash requested that Canine Enforcement Officer (CEO) E. Leon conduct a sweep of the vehicle with his Narcotic Detector Dog (NDD). CEO Leon's NDD alerted to the front fender of the vehicle, indicating the presence of the odor of a controlled substance in that area.

Further inspection of the vehicle revealed the presence of a non-factory compartment built into both front fenders, as well as all four doors of the vehicle. CBPO Ash noted that both front fenders contained fresh paint and very little dirt. He also observed that all four doors had what he described as fresh torch cuts where they had been modified. A total of 22 packages were found concealed within the six non-factory compartments. The combined weight of the packages was approximately 26.34 Kilograms (57.94 pounds). A sample taken from one of the packages field tested positive for cocaine.

Special Agents (S/A) D. Struckmeyer and R. Silva interviewed CABRERA. S/A Struckmeyer provided CABRERA with his constitutional rights per Miranda, with S/A Silva present. CABRERA orally waived her rights, as well as signing the written waiver of rights, agreeing to make a statement.

CABRERA told S/A Struckmeyer that he bought the vehicle approximately two and a half months prior. He stated that nobody else has had access to the vehicle since he has owned it. CABRERA denied any knowledge of the controlled substance in the vehicle. S/A Struckmeyer informed CABRERA that the compartments built into the vehicle displayed evidence that they had been built in the time since he purchased the vehicle. CABRERA did not attempt to offer any explanation.

CABRERA was arrested by ICE Agents for violations of 21 USC 952 and 960, Importation of a Controlled Substance. CABRERA was booked into the Imperial County Jail, El Centro, California, pending an appearance in U.S. Magistrate Court.