1  **MICHELLE BETANCOURT**
California State Bar No. 215035
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3  San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
4  Facsimile: (619) 687-2666
michelle_betancourt@fd.org

6  Attorneys for Mr. Cabrera-Raya

8                  UNITED STATES DISTRICT COURT

9              FOR THE SOUTHERN DISTRICT OF CALIFORNIA

11  UNITED STATES OF AMERICA,           )   Case No. 08mj8318
                                        )
12          Plaintiff,                  )
                                        )
13  v.                                  )
                                        )   **NOTICE OF APPEARANCE**
14  **FRANK CABRERA-RAYA,**             )
                                        )
15          Defendant.                  )
                                        )

         Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Michelle Betancourt, Federal Defenders of San Diego, Inc., files this Notice of Appearance attorney of record in the above-captioned case.

                                        Respectfully submitted,

Dated: April 15, 2008                    s/ *Michelle Betancourt*
                                        **MICHELLE BETANCOURT**
                                        Federal Defenders of San Diego, Inc.
                                        Attorneys for Defendant
                                        michelle_betancourt@fd.org